```
____ FILED       ____ LODGED
____ RECEIVED    ____ COPY

    NOV 1 5 1999

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA
## (CIVIL ORDER--GENERAL)

Civil Case No.  CIV 97-92-TUC-RCC          Date November 15, 1999

Title   Lisa Frank, Inc. v. Rose Art Indus., Inc.

=====================================================================
=====================================================================

### HONORABLE RANER C. COLLINS

=====================================================================
=====================================================================

The Court is in possession of multiple exhibits from this action, which has been dismissed pursuant to stipulation. If a party wishes to obtain its exhibits they must contact the Court and make provisions to pick them up. If the parties do not remove them within 30 days of this order, the exhibits will be disposed of by the Court pursuant to Local Rule 1.3. *See* Rules of Practice of the United States District Court for the District of Arizona 1.3(c).

_____
RANER C. COLLINS
United States District Judge

(124)